IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:18-CR-204-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TRAVIS BROCK BYRD, ) | |
| ) | |
| Defendant | |

This matter comes before the Court on the Government's Motion to Seal Exhibit B – Defendant's Medical Records [D.E. 537] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 536]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit B – Defendant's Medical Records [D.E. 537].

SO ORDERED this 22 day of April, 2022.

James C. Dever III
United States District Judge